**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

**XX SECOND AMENDED PLAN** (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Carola Lueder                                    CASE NO.: 10-34868-BKC-JKO

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.    $150.00 for months 1 to 30; and
- B.    $194.26 for months 31 to 60 in order to pay the following creditors:

Administrative: Attorney's Fee - $4,950.00 - TOTAL PAID $1,500.00
Base Fee $3,500 00 plus $150.00 costs
Mot. Strip 2nd Mortg: $750.00 plus 25.00 costs
Mot. Avoid Lien: $500.00 plus 25.00 costs
Balance Due  $3,450.00 payable $115.00/month  (Months 1 to 30)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

NONE.

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America POB 538673 Atlanta, GA 30353 #8199 | Homestead - $347,124.00 (Debtor owes the 1st Mortgage more than the value of the property) | n/a | n/a | n/a | n/a |

Priority Creditors: [as defined in 11 U.S.C. §507] - NONE.

Unsecured Creditors: Pay $21.37/month (Months 1 to 30) and $176.60/mo. (Mos. 31 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor to pay Chase (Mortgage - #8732 on homestead) and Kia Motors Finance (#3971) directly.

Debtor abandons interest in 2004 ML 500 to Mercedes Benz Financial/DCFS USA LLC 5643 as paid for and driven by ex-husband. Pursuant the proof of claim filed by Tom & Colleen Ford, Tom and Colleen Ford shall be deemed to be general unsecured creditors. Debtor to avoid judicial lien of Novak and Macey LLP.

Debtor abandons the timeshare at Vacation Village at Bonaventure to Aspen National Collections and the timeshare at Raintree Vacation Club to Raintree Vacation Club.

Debtors shall provide yearly tax returns to the Trustee no later than the date they are filed during the pendency of the Chapter 13. If there is a meaningful increase in income the Debtors will modify the plan accordingly to pay over and above plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
FOR Carola Lueder, Debtor

Dated: 12/13/2010

LF-31 (rev. 01/08/10)